GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk Street, Suite # 350
San Mateo, Ca 94403-1171
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
Geoff@Wiggslaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In Re:

William Howard Curry,

Debtor,

) Case No. 16-30004-DM
)
) Chapter 13
)
) **NOTICE TO PARTIES IN INTEREST OF**
) **DEBTOR'S AMENDED VOLUNTARY**
) **PETITION**
)

NOTICE IS HEREBY GIVEN that **William Howard Curry** filed an Amended Voluntary Petition on **January 4, 2016**.

The Amended Voluntary Petition was necessary to correct the address listed for the Debtor and to list Debtor's prior filings, which were mistakenly omitted. No other changes or amendments were made to the voluntary petition.

NOTICE IS HEREBY GIVEN under Federal Rule of Bankruptcy Procedure 1009(a) that prescribes the debtors must mail a copy of the amended voluntary petition along with **Notice** to all affected entities.

Dated: January 4, 20166  /s/ Geoffrey E. Wiggs
　　　　　　　　　　　　GEOFFREY E. WIGGS
　　　　　　　　　　　　ATTORNEY FOR DEBTOR

GEOFFREY E. WIGGS (State Bar No. 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk Street, Suite # 350
San Mateo, Ca 94403-1171
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
Geoff@Wiggslaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA– SAN FRANCISCO DIVISION

In Re:

**William Howard Curry,**

Debtor.

Case No. 16-30004-DM

Chapter 13

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S. Norfolk Street, Suite 350, San Mateo, California 94403-1171.

On today's date, I served the following documents:

1. **AMENDED VOLUNTARY PETITION;**
2. **NOTICE TO PARTIES IN INTEREST OF DEBTORS' AMENDED VOLUNTARY PETITION; and**
3. **CERTIFICATE OF SERVICE.**

**By Mail:** By placing a true copy thereof in a sealed envelope and depositing the envelope in the mail at San Mateo, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Mateo, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

CERTIFICATE OF SERVICE - 1

The envelope(s) were addressed to those creditors at the addresses on the attached **service list**.

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 4, 2016** at San Mateo, California.

                         /s/ Geoffrey E. Wiggs
                         **Geoffrey E. Wiggs**

CERTIFICATE OF SERVICE - 2

| | | |
|---|---|---|
| 1 | Allied Credit/Alliance One<br>Attn: Bankruptcy<br>Po Box 2449<br>Gig Harbor, WA 98335 | Washington Mutual Mortgage/ Chase<br>Attn: OH4-7126<br>3415 Vision Dr.<br>Columbus, OH 43218 |

```
 1   Allied Credit/Alliance One        Washington Mutual Mortgage/ Chase
     Attn: Bankruptcy                  Attn: OH4-7126
 2   Po Box 2449                       3415 Vision Dr.
     Gig Harbor, WA 98335              Columbus, OH 43218
 3
     Amex
 4   Correspondence
     Po Box 981540
 5   El Paso, TX 79998

 6   Capital One
     Attn: Bankruptcy
 7   Po Box 30285
     Salt Lake City, UT 84130
 8
     Chase Bank
 9   Attn: Bankruptcy
     Po Box 15298
10   Wilmington, DE 19850

11   Citibank/Shell Oil
     Citibank/Citicorp Srvs Attn:
12   Centralized
     Po Box 790040
13   St Louis, MO 63179

14
     Credit Bureau USA
     757 L St
15   Fresno, CA 93721

16
     Ford Credit
17   Nat'l Bankruptcy Service Ctr
     Po Box 62180
18   Colorado Springs, CO 80962

19   Portfolio Recovery
     Attn: Bankruptcy
20   Po Box 41067
     Norfolk, VA 23541
21
     Stellar Recovery Inc
22   1327 Hwy 2 W
     Suite 100
23   Kalispell, MT 59901

24   Wachovia Mortgage/World Savings
     Attn: Bankruptcy Dept.
25   Po Box 659558
     San Antonio, TX 78265
26

27

28                                SERVICE LIST
```